IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARAMEN BALLARD,

    Plaintiff,

vs.

PATRICK R. DONAHOE,

    Defendant,
                                 /

No. CIV S-11-2576 JAM DAD PS

<u>ORDER DIRECTING CLERK
TO SEND MATERIALS FOR SERVICE
AND REQUIRING SERVICE BY
UNITED STATES MARSHAL</u>

        Plaintiff is proceeding pro se with an employment retaliation action. The proceeding was referred to the undersigned pursuant to Local Rule 302(c)(21). By order filed December 19, 2011, the undersigned granted plaintiff's motion to proceed in forma pauperis and dismissed plaintiff's complaint with leave to amend. Plaintiff's timely amended complaint is before the court.

        IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to issue process and to send plaintiff an instruction sheet for service of process by the United States Marshal, one USM-285 form, one summons form, and an endorsed copy of plaintiff's amended complaint filed January 13, 2012. (Doc. No. 4)

        2. Within thirty (30) days after this order is served, plaintiff shall submit to the

1 United States Marshal a properly completed USM-285 form, a properly completed summons
2 form, and the number of copies of the endorsed complaint and of this order required by the
3 United States Marshal; the required documents shall be submitted directly to the United States
4 Marshal either by personal delivery or by mail to:  United States Marshals Service, 501 I Street,
5 Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).

      3.  Within ten (10) days after submitting the required materials to the United States Marshals Service, plaintiff shall file with this court a declaration stating the date on which he submitted the required documents to the United States Marshal.  Failure to file the declaration in a timely manner may result in an order imposing appropriate sanctions.

      4.  Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendant Patrick R. Donahoe, without prepayment of costs.

DATED: April 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\ballard2576.ac.serve