IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARAMEN BALLARD,

    Plaintiff,                           No. CIV S:11-cv-2576 JAM AC PS

   vs.

PATRICK R. DONAHOE,

    Defendant.                        <u>ORDER</u>

_____/

        On December 13, 2012, the undersigned issued an order setting a status conference in this case for February 20, 2013. ECF No. 15. It appears plaintiff was not served with this order because her address on file is incorrect. Pursuant to Local Rule 183(b), "[a] party appearing <u>in propria persona</u> shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff <u>in propria persona</u> by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." The U.S. Postal Service's failure to deliver the December 13, 2012 order was not the first article of mail returned as undeliverable. On December 7, 2012, the U.S. Postal Service returned a November 27, 2012 minute order issued by the undersigned as

1

1 undeliverable.  Plaintiff therefore has until sixty-three days from that first date when mail was
2 returned – or, until February 14, 2013 – to update the court with her current address.
3         Based on the foregoing, IT IS HEREBY ORDERED that:
4         1.  The February 20, 2013 Initial Scheduling Conference is vacated, and this
5 matter is continued to April 3, 2013 at 10:00 a.m. in courtroom #26.
6         2.  With this order, the Clerk of the Court is directed to send plaintiff a copy of
7 the December 13, 2012 order setting status conference at plaintiff's address on file.
8         3.  If plaintiff fails to update her current address before February 14, 2013, the
9 undersigned will recommend that this action be dismissed pursuant to Local Rule 183(b).
10 DATED: January 29, 2013.

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;ball2576.jo