1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   KARAMEN BALLARD,

12              Plaintiff,          No. 2:11-cv-2576 JAM AC PS

13         vs.

14   PATRICK R. DONAHOE,            <u>ORDER AND</u>

15              Defendant.          <u>FINDINGS & RECOMMENDATIONS</u>

16   _____/

17         A recent court order was served on plaintiff's address of record and returned by

18   the postal service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which

19   requires that a party appearing in propria persona inform the court of any address change.  More

20   than sixty-three days have passed since the court order was returned by the postal service and

21   plaintiff has failed to notify the court of a current address.

22         Accordingly, IT IS HEREBY ORDERED that all dates in this matter are vacated,

23   including the April 3, 2013 initial scheduling conference; and

24         IT IS HEREBY RECOMMENDED that this action be dismissed without

25   prejudice for failure to prosecute.  <u>See</u> Local Rule 183(b).

26         These findings and recommendations are submitted to the United States District

1

1  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

2  days after being served with these findings and recommendations, plaintiff may file written

3  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

4  Findings and Recommendations."  Any response to the objections shall be filed and served

5  within fourteen days after service of the objections.  Plaintiff is advised that failure to file

6  objections within the specified time may waive the right to appeal the District Court's order.

7  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

8  DATED: March 12, 2013.

9

10  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

11

12

13  /mb;ball2576.fr_dism

14

15

16

17

18

19

20

21

22

23

24

25

26